**[J-36-2019]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 767 CAP |
| | : | |
| Appellee | : | Application for Reconsideration |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PAUL GAMBOA TAYLOR, | : | |
| | : | |
| Appellant | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 18th day of May, 2020, The Application for Reconsideration is hereby DENIED BY OPERATION OF LAW, the participating Justices being equally divided on the Application.

Justice Wecht files a dissenting statement in which Justice Donohue joins.

Chief Justice Saylor and Justices Baer and Todd did not participate in the consideration or decision of this matter.